HENRY AMSTER, Appellant, *v.* LEO M. MAYER, Respondent, Impleaded with Another.

(Argued May 31, 1934; decided July 3, 1934.)

*Henry Amster, Leo B. Mittelman* and *Samuel J. Siegel* for appellant.

*Julius S. Berg* and *Philip Weissman* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts. Held, the case presents a question of fact as to whether plaintiff had actual knowledge of the bankruptcy proceedings in time to participate therein. No opinion. (See 265 N. Y. 514.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.